Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-405-934**

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 31, 2024



## Title

| | |
|---|---|
| **Title of Work:** | Tropical Watermelon Glitter #5 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | June 30, 2020 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork |
| | Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork |
| **Email:** | anitasbellasart@gmail.com |
| **Address:** | Jantz & Jantz GbR |
| | Implerstr. 29 |
| | Munich 81371 Germany |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 19, 2024 |

Page 1 of 2

